Case 1:25-mc-00069-UNA   Document 1   Filed 02/10/25   Page 1 of 1 PageID #: 1
Case 24-00032-amc   Doc 8   Filed 09/25/24   Entered 09/25/24 09:43:53   Desc Main Document   Page 2 of 5
Case 24-00032-amc   Doc 7   Filed 05/09/24   Entered 05/09/24 11:56:50   Desc Main Document   Page 1 of 1

*Form PL262 (12/23)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>Debtor(s) | Case No. 22-10609-amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust<br>Plaintiff | Adversary No. 24-00032-amc |
| v. | |
| RW Professional Cleaning LLC<br>Defendant | |

**25 - 69**

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

AND NOW, in accordance with Request for Entry of Default Judgment, against Defendant, RW Professional Cleaning, LLC it is ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust , in the amount of eleven thousand, nine hundred ninety two dollars and forty nine cents ($11,992.49) , plus costs in the amount of three hundred fifty dollars and zero cents ($350.00), for a total of twelve thousand three hundred forty two dollars and forty nine cents ($12,342.49) sum certain.

Date: May 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court

*2025 FEB 10 PM 1:00*
*FILED*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF DELAWARE*

TRUE COPY CERTIFIED
FROM THE RECORD
FILED:
ATTEST:
Deputy Clerk