B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

<u>Eastern</u> District Of <u>Pennsylvania</u>

25-69

| | | |
|---|---|---|
| In re <u>Scungio Borst and Associates LLC</u>, | ) | |
| Debtor | ) | Case No. <u>22-10609-AMC</u> |
| | ) | |
| <u>Stephen J. Scherf, SBA Plan Trust</u> | ) | Chapter <u>11</u> |
| <u>Administrator of SBA Plan Trust</u>, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| <u>RW Professional Cleaning LLC</u>, | ) | Adv. Proc. No. <u>24-00032-AMC</u> |
| Defendant | ) | |

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>May 9, 2024</u> as it appears in the records of this court, and that:
(date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)                                        (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

Clerk of the Bankruptcy Court

9-24-2024
Date

By: /s/ Marie Kalwinski
Deputy Clerk

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2025 FEB 10 PM 2:59