B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

_____Eastern_____ District Of __Pennsylvania__

In re: Scungio Borst & Associates, LLC

Case No. __22-10609 (AMC)__

Debtor

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

    Plaintiff,

v.

Adversary No. 24-00032 (AMC)

RW Professional Cleaning LLC,

    Defendant.

## EXEMPLIFICATION CERTIFICATE

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Order of Default Judgment Against Defendant, RW Professional Cleaning the amount of $12,342.49

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Philadelphia__, in the State of __Pennsylvania__, this __18th__ day of __September__ 2024.

[Seal of Court]

Clerk of the Bankruptcy Court

---

I, __Ashely Chan__, bankruptcy judge for this district certify that __Timothy McGrath__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

__9/18/24__
Date

Bankruptcy Judge

---

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Ashely Chan__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court at __Philadelphia__, in the State of __Pennsylvania__, this __18th__ day of __September__ 2024.

[Seal of Court]

Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 12:27PM                                                                Page 1/1



25-69

# U.S. Bankruptcy Court

### Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 12:27PM

Obermayer Rebmann Maxwell & Hippell LLp
Centre Square 34th Floor
1500 Market Street
Philadelphia , PA 19102

Rcpt. No: 20000786                Trans. Date: Sep 20, 2024 12:27PM                Cashier ID: #YR

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| ANN | Ancillary Procee | 24-00032-amc | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25590 | 09/19/2024 | | $52.00 |

Total Due Prior to Payment:   $52.00
Total Tendered:   $52.00
Total Cash Received:   $0.00
Cash Change Amount:   $0.00

Judge: amc Case: 24-00032-amc

Debtor: Stephen J. Scherf, SBA Plan Trust Administrator of v. RW Professional Cleaning LLC

341 Meeting: Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Sep 16, 2024 3:20PM                                                                 Page 1/1



# U.S. Bankruptcy Court



## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 16, 2024 3:20PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square West 34th Floor
1500 Market Street
Philadelphia , Pa 19102

| Rcpt. No: 20000772 | | Trans. Date: Sep 16, 2024 3:20PM | | | Cashier ID: #DR |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| EX | Exemplification | 24-00032-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 | | 1 | 12.00 | 12.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25545 | 09/16/2024 | | $36.00 |
| | | | Total Due Prior to Payment: | | $36.00 |
| | | | Total Tendered: | | $36.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Judge: amc  Case: 24-00032-amc

Debtor: Stephen J. Scherf, SBA Plan Trust Administrator of v. RW Professional Cleaning LLC

341 Meeting: Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $5 fee will be charged for a returned check.