

recycled paperboard

can help make Earth
a priority together.

ORIGIN ID:MDVA          (215) 665-3292
COLEEN SCHMIDT
OBERMAYER REBMANN MAXWELL ETAL
1500 MARKET STREET
SUITE 3400 WEST
PHILADELPHIA, PA 19102
UNITED STATES US

TO OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING ST.
UNIT 18
WILMINGTON DE 19801
(302) 573-6170
INV:
P.O:                                        REF: 1001980002
                                            DEPT:

SHIP DATE: 07FEB25
ACTWGT: 0.50 LB
CAD: 105010039/INET4535

BILL SENDER

TRK#
0201   7719 4199 9669

17 ZWIA

MON – 10 FEB 5:00P
STANDARD OVERNIGHT

DE-US          19801
               PHL

FedEx Express

58CJ2/E49C/C6C4

J/251024121T01uv

▲ Insert shipping
  document here.

744-8055FL

4197 MON 02/10/07 00
844 N KING ST
STP:1
SP:PO100-Y 771941996669
19801 35*9-18
WILMINGTON DE

Align top of FedEx Express® shipping label here.



# Envelope
## Recycle me.



